COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Larry Joseph McKithern
Louisiana State Prison DOC No. 120352
Camp D Falcon 3
Angola LA 70712

**REHEARING ACTION: July 10, 2013**

**Docket Number: 13   00027-KH**

**STATE OF LOUISIANA
VERSUS
LARRY JOSEPH MCKITHERN**

**Writ Application from Calcasieu Parish Case No. 25391-09**

**BEFORE JUDGES:**

   Hon. Sylvia R. Cooks
   Hon. John D. Saunders
   Hon. Marc T. Amy

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Larry Joseph McKithern** has this day been

   **DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent